**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 26-CR-114-TFM |
| | : | |
| STEPHEN SNYDER, | : | |

# REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, STEPHEN SNYDER, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Counts 1, 2, 3, 5, 7, and 10** of the Indictment charging violations of Title 18, United States Code, Section 2241(c) and 2247 Aggravated Sexual Abuse, Title 18, United States Code, Section 2260A Penalties for Registered Sex Offenders, Title 18, United States Code, Section 2251(a) and (3) Sexual Exploitation of Children, and Title 18, United States Code, Section 2252A(a)(1)and (b) Sexual Exploitation of Children.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant STEPHEN SNYDER be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 15th day of September, 2026.

s/SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE