**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIM. ACT. NO. 1:26-cr-114-TFM** |
| | ) | |
| **STEPHEN SNYDER** | ) | |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On September 15, 2026, the Defendant Stephen Snyder, by consent (*see* Doc. 26), appeared before the Magistrate Judge and entered a plea of guilty to Counts One, Two, Three, Five, Seven and Ten of the Indictment (Doc. 1) charging the following violations:

Count One - 18 U.S.C. §§ 2241(c) and 2247, Aggravated Sexual Abuse

Count Two - 18 U.S.C. § 2260A, Penalties for Registered Sex Offenders

Counts Three, Five, and Ten - 18 U.S.C. § 2251(a) and (e), Sexual Exploitation of Children

Count Seven - 18 U.S.C. § 2252A(a)(1) and (b), Transportation of Child Pornography

On September 17, 2026, the Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted (Doc. 29), and the parties executed a Joint Waiver of Objections (Doc. 27) at the hearing. Therefore, the Report and Recommendation is ripe for review.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Counts One, Two, Three, Five, Seven and Ten of the Indictment is accepted, and the Defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for **December 17, 2026 at 9:00 a.m.** under separate Order (Doc. 28)

**DONE** and **ORDERED** this 21st day of September, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE